DAVID N. BARRY, ESQ. (SBN 219230)
ELIZABETH QUINN, ESQ. (SBN 208919)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff DAVID COX


GEORGES A. HADDAD, ESQ. (SBN 126255)
MICHAEL SACHS, ESQ. (SBN 151384)
CLARK HILL, LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 984-8500
Facsimile: (415) 984-8599

Attorneys for Defendant, FCA US, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COX, an individual, | Case No. 3:20-c-v03808 WHO |
| Plaintiff, | (Removed from San Mateo County Superior Court Case No. 20-CIV-12935) |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | **Action Filed: May 7, 2020**<br>**PreTrial Conf: November 1, 2021**<br>**Trial Date: November 15, 2021** |
| Defendants. | *Assigned to*<br>*THE HON. WILLIAM H. ORRICK* |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

1

PLEASE TAKE NOTICE that Plaintiff David Cox and Defendant FCA US LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are pending.

The parties hereby request a stay in dismissing this action while the parties finalize the terms of the settlement and continue negotiating attorneys' fees and costs in this matter.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated:  October 28, 2021          **THE BARRY LAW FIRM**


By: /s/ *David N. Barry*
     David N. Barry, esq.
     Attorneys for Plaintiff DAVID COX


Dated:  October 28, 2021          **THETA LAW FIRM, LLP**


By:   /s/ *Georges Haddad*
     Georges Haddad, esq.
     Attorneys for Defendant, FCA US LLC

JOINT NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                    */s/ David N. Barry*